# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

ASHLEE MORGAN,

Appellant,

v.

BRETT A. MORGAN,

Appellee.

No. 2D2022-4134

————————————————

August 28, 2024

Appeal from the Circuit Court for Pinellas County; Jack Helinger, Judge.

Nicholas A. Shannin and Dayna Maeder of Shannin Law Firm, P.A., Orlando, for Appellant.

Lindsay Patrick Lopez of Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A., Tampa, for Appellee.

PER CURIAM.

Affirmed.

SLEET, C.J., and KELLY, and LUCAS, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.